USCA1 Opinion

 

 April 18, 1996 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 95-1553 No. 95-1554 ELAINE M. CALLAHAN, Plaintiff, Appellant, v. CHIEF JUSTICE LIACOS, ET AL., Defendants, Appellees. ____________________ APPEALS FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Robert E. Keeton, U.S. District Judge] ___________________ ____________________ Before Selya, Cyr and Lynch, Circuit Judges. ______________ ____________________ Elaine M. Callahan on briefs pro se. __________________ ____________________ ____________________ Per Curiam. We have reviewed the record and ___________ plaintiff's appellate filings. We affirm substantially for the reasons stated by the district court in its orders dismissing plaintiff's actions. See also Doyle v. Oklahoma ___ ____ _________________ Bar Ass'n, 998 F.2d 1559 (10th Cir. 1993).  _________ Plaintiff's request to stay appellate proceedings and for oral argument are denied. Affirmed. ________ -3-